June 28, 1954

A. R. D. 46.— *United States* v. *A. U. Morse & Co., Hoyt, Shepston & Sciaroni.* A. R. D. 38. Motion by appellant.